**Exhibit E**

CHIEF COMPLAINT: Pulseless Apneic

POSITION PATIENT FOUND – Lying supine on ground SCENE REPORT –

EVENTS LEADING TO –

AVPU: ☒ Alert   ○ Verbal Responsive   ○ Oriented ↔ ☐ x4 ☐ Person ☐ Place ☐ Date/Time ☐ Event
○ Pain Responsive   ☒ Unresponsive

| AIRWAY – | BREATHING – 12-20 BPM | CIRCULATION – | DISABILITY – |
|---|---|---|---|
| 7.5 ETT ETCO$_2$ | BVM 15L | CPR | NONE |

| PMH – | ALLERGIES – | MEDICATIONS – |
|---|---|---|
| UNKNOWN | UNKNOWN | Unknown |

**A – ALS ASSESSMENT:**
PATIENT INFORMATION –

SIGNS / SYMPTOMS –

| ONSET | PROVOKES | QUALITY | RADIATES | SEVERITY | TIME (HOW LONG) |
|---|---|---|---|---|---|
| | | | | | |

**HEAD-TO-TOE EVALUATION:**

| HEAD – | CHEST – | PELVIS – |
|---|---|---|
| EENT – | ABD – | UE – |
| NECK – | BACK – | LE – |

Called to above address to assist Cleveland P.D. with an "unknow medical" Arrived to see police officers performing CPR on 30y/o male/black. CPR was res- CPD stated "He tried to run and was tased twice and stopped breathing." CPR was taken over by EMS. Pt was placed on stretcher and moved to ambulance. Pt was placed on cardiac monitor; asystole x 3 leads. CPR was continued. Pt was intubated (7.5mm ETT). 18g (R) EJ est. Pt was given meds q 3-5 per ACLS protocols. Transported to BMC w/o incident. Upon arrival pt report and care were given to receiving ER staff. Pt has unknown med hx and allergies

| TIME | PULSE | RESPIRATIONS | BP | GLUCOSE | SaO2 | EKG RHYTM | GCS |
|---|---|---|---|---|---|---|---|
| | ∅ | ∅ | ∅ | ∅ | ∅ | Asystole /PEA | 3 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| SKIN | PUPILS | LUNG SOUNDS | STROKE SCALE | RTS / PTS |
|---|---|---|---|---|

| MED | DOSE | ROUTE | TIME | SOLUTION | SITE | CATH | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| NS | | IV | | | (R) EJ | 18g | | |
| Epi 1:10,000 x 3 | 1mg x 3 | IV | | | | | | |
| Atropine x 2 | 1mg x 2 | IV | | | | | | |
| OXYGEN → | 15L | BVM | | | | | | |

☐ ALS ASSESSMENT    ☐ CONTROL BLEEDING    ☐ INTUBATION    ☐ OROPHARYNGEAL AIRWAY    ☐ SUCTION AIRWAY
☐ ASSESSMENT ADULT   ☐ CPR                ☐ NEEDLE DECOMPRESSION   ☐ RESTRAINTS – PHYSICAL   ☐ VENTILATOR
                      ☐ DEFIBRILLATION    ☐ NASOGASTRIC TUBE        ☐ SPINAL IMMOBILIZATION

Williams.000019
001711

WILLIAMS JERMAINE
780 30 M ER
00129191
LARTEVI EDWARD K 00062 07/23/10
6497608
BOLIVAR MEDICAL CENTER

© 1996 - 2008 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

50 **Bolivar Medical Center**
**EMERGENCY PHYSICIAN RECORD**
♦ Cardiopulmonary Resuscitation ♦

DATE: 7/23/10 TIME: 0451 ☐ on arrival ROOM: _____ ☑ EMS Arrival
HISTORIAN: patient spouse paramedics
HX / EXAM LIMITED BY: _____
TRANSFER FROM: _____ ☐ see transfer record
HPI _Brought by EMS_

**Initial complaint(s):** collapsed / found unresponsive
chest pain, dyspnea, abdominal pain, back pain
_unresponsive, left IT no pulse_

**Witnessed arrest?** no / yes _EMS on CPR_
_in progress in brass_

**Bystander CPR?** no / yes _received_
_ER first and CPR_

**Down-time before ACLS:** _____ minutes unknown

**initial findings:** by paramedics _continue_
mentation respirations pulse SEE
unresponsive no respirations none
agonal respirations weak
rhythm HR _CODE_ Glucose _SHEET_ mg/dl
asystole
vent. fibrillation BP _____ D-stick glucometer ISTAT
PEA brady / tachy by paramedics / in ED
DOA

**pre-hospital treatment:**
oxygen CPR / thumper epinephrine _____ mg
 vasopressin _____ mg
bag-valve- defibrillated x_____ atropine _____ mg
mask IV access _____ amiodarone _____ mg
intubated IV fluids _____ sodium bicarb _____ amps
 lidocaine _____ mg

**ROS** See EMS Rafford Short form
**CONST**
recent illness _____ GI / GU
fever / chills _____ abdominal pain _____
 problems urinating _____
EYES / ENT MS / SKIN / LYMPH
problems with vision _____ joint pain _____
sore throat _____ rash _____
CVS / RESP swollen glands _____
chest pain _____ NEURO / PSYCH
shortness of breath _____ dizziness _____
cough _____ fainting _____
LNMP _____ preg post-menop anxiety / depression _____
 ☐ all systems neg except as marked

•CVS / RESP / NEURO components also addressed in HPI

**PAST HX**
cardiac disease AMI CHF A-Fib diabetes Type I Type 2 _____
CVA / TIA deficit _____ diet / oral / insulin _____
 hypertension _____
_old records ordered / summary:_ _unobtainable_

**Medications** ☐ none med list reviewed **Allergies** NKDA
aspirin coumadin clopidogrel see nurses note

**SOCIAL HX** smoker _____ drugs _____
alcohol (recent / heavy / occasional) _____ occupation _____
living situation alone family friend group care facility
**FAMILY HX** _negative_

☐ Vitals Reviewed Abnmls Noted: BP _____ HR _____ RR _____ Temp _____
☐ Nursing Assessment Reviewed
**INITIAL PHYSICAL EXAM** _See code sheet_
See reverse for Initial rhythm and interventions

**GENERAL** _unresponsive_
_no evidence
of trauma_

**RESPIRATORY** _no spontaneous respirations_
_breath sounds_ _bag-valve-mask_
equal bilaterally _ET tube / bag-valve_
_lungs clear_ _agonal respirations_
 _decreased air movement_
 _wheezes / rales / rhonchi_

**CVS** _no spontaneous pulse_
_spontaneous_ _chest compressions_
pulse present _pulse w/ CPR- none poor good_
 _heart sounds absent_
 _irregularly irregular rhythm_
 _extrasystoles (occasional / frequent)_
 _JVD present_
 _murmur grade ___/6 sys/dias_
 _gallop (S3 / S4)_

DOA

**ABDOMEN** _distention_
_soft, no mass_ _hepatomegaly / splenomegaly_
 _mass_
 _guarding_

**HEAD / NECK** _head trauma_ _heavy injury_
_atraumatic_ _c-spine tenderness_ _neck change_
_pharynx clear_ _tracheal deviation_ _neck (see CXR)_
 _in place_

**NEURO** _unresponsive / agitated / confused_
_pupils reactive_
 _pupils fixed, dilated_
 _unequal pupils_
 size- R _____ mm L _____ mm

 _no motor responses_
 _abnormal response to pain_
 withdraws flexion extension
 _Babinski reflex (R / L)_
 _reflexes absent_

Reflexes

**EXTREMITIES** _rigidity_
_no signs of trauma_ _pedal edema (R / L)_

**SKIN** _pallor_ _Multiple_
_no rash_ _cyanosis_ _changes_
 _dependent lividity_ _SEE PHOTOS_
 _decubitus_

0022860034-R-50-1*    Documents Received from MBI Subpoena 000066

## INITIAL EKG MONITOR RHYTHM

- (asystole)
- ventricular fibrillation
- ventricular tachycardia
- wide complex
- narrow complex
- tachycardia
- bradycardia
- rate=_____
- sinus rhythm
- atrial fibrillation
- heart block  1°  2°  3°

WILLIAMS JERMAINE
___ 30 M ER
00129191
LARTEVI EDWARD X  00062  07/23/10
6497608
BOLIVAR MEDICAL CENTER

## PROCEDURES & INTERVENTIONS

- CPR _See Code_
- intubated by: ED physician
  - with # ___ ET tube  curved / straight blade  nasal / oral
  - Premedication:
  - RSI  etomidate  succinylcholine  vecuronium
  - Post-intubation- Breath sounds
    - equal  R greater than L  L greater than R
  - Pulse Ox: ___  End-tidal CO2 detector: ___
- central line placed  sterile technique  betadine prep
  - right / left  internal jugular  subclavian  femoral
- pacemaker external / transvenous ___ per EMS
- defibrillated _see CPR_
- foley catheter

### PROGRESS
*Also see CPR Flow Sheet*
Time _____ re-examined  pain reassessed  improved  unchanged
Notes: Blue sheet

See Past/Cond Med
(a) Family short
Form

per EMS

## LABS, EKG & XRAYS

| CBC | Chemistries | | UA |
|---|---|---|---|
| normal except | normal except | CK___ | normal except |
| WBC___ | Na___ | CKMB___ | WBC___ |
| Hgb___ | K___ | Troponin___ | RBC___ |
| Hct___ | CO2___ | PT/PTT___ | bacteria___ |
| Platelets___ | Gluc___ | INR___ | dip:___ |
| segs___ | BUN___ | | |
| bands___ | Creat___ | | |

ABGs
time:___ RA / ___LO2  pH___ pCO2___ pO2___
time:___ RA / ___LO2  pH___ pCO2___ pO2___

RHYTHM STRIP ___ NSR ___ Rate___
EKG ___ NML Reviewed at ___:___ (time) Rate___
___NSR  ___nml intervals  ___nml axis  ___nml QRS  ___nml ST/T
not / changed from:___
CXR Interp. By ☐me ☐radiologist ☐Visualized by me ☐Discsd w/ radiologist
___nml / NAD  ___no infiltrates  ___nml heart size  ___nml mediastinum

___ CPR discontinued, patient pronounced dead at ___
♦ AMI - EKG / ASA / B-Blocker / Thrombolytics / PCI / transfer
Discussed hx, exam, results, dx & plan with Dr. _Robin_
at ___:___ (time) response ___ _Robin_
will see patient in: ED / hospital / office
Rx given___
Smoking cessation counseling provided  time spent ___ (≥ 3 mins)
discussed plan / triggers / challenges / risk / Rx given___
Counseled patient / family regarding: ___ Additional history from:
lab / rad. results  diagnosis  need for follow-up  family  caretaker  paramedics

### CLINICAL IMPRESSION

- (Cardiopulmonary Resuscitation)
  - successful / (unsuccessful)
- Asystole
- Cardiac Rhythm Disturbance
  - V. Tach.  V. Fib.  A. Fib.  SVT
- ♦ Myocardial Infarction - acute
- Pulmonary Edema
- Pulseless Electrical Activity
- Respiratory Failure
- (Sudden Death)

DOA

CONDITION- ☐ unchanged ☐ improved ☐ stable___
☐ critical ☐ serious ☑ deceased___
DISPOSITION- ☑ Medical Examiner ☐ morgue ☐ transferred___
Time___ ☐ admitted ___POA  decubitus / UTI (foley)___

☑ crit care 30-74 min ☐ > 74 min ☐ no crit care *(excluding separately billable procedures)*
PATIENT SAFETY ATTESTATION
☑ Concerning the care of this pt, I/we have afforded the staff an opportunity to discuss findings or concerns and I either addressed them or no issues were voiced. As available, additional documentation was reviewed (Nursing, EMS or Medication list).
PHYSICIAN ATTESTATION (use when care is provided by physician with NP).
☐ For this patient encounter, I reviewed the NP documentation, treatment plan, and medical decision making; and I had face-to-face time with this patient. All procedures were done by me except:

NP ___ ID#___
MD Sig ___ Edward Lartevi, MD  1428  transferred care ___
MD Sig ___ ID# ___ assumed care ___
☐ Template Complete  ☐ See Addendum (Dictated / Template #___)

Cardiopulmonary Resuscitation-50