CONFIDENTIAL

WILLIAMS

IN THE EARLY MORNING HOURS OF FRIDAY JULY 23, 2010 I, OFFICER GOZA, WAS PATROLING THE AREA OF SHELBY AND VICTORIA AVENUE. DISPATCH RADIOED FOR UNITS 306 AND 305 TO PATROL THE 700 BLOCK OF CROSS STREET IN REFERENCE TO INDIVIDUALS LOITERING IN THE STREET. I WAS WEST BOUND WHEN THE CALL CAME OUT THEN TURNED MY CAR AROUND AND BEGAN HEADING EAST BOUND. AS I WAS DRIVING ON SOUTH STREET CROSSING SOUTH CHRISMAN AVENUE I SAW TWO PATROL CARS GOING THROUGH THE INTERSECTION OF HWY 61 AND SOUTH STREET. I TURNED MY CAR SOUTH BOUND ON HWY 61 BEHIND THE OTHER OFFICERS AND PULLED UP A FEW SECONDS BEHIND THE OTHER OFFICERS AT THE 700 BLOCK OF CROSS STREET. OFFICERS PERRY AND MENGERELLI ARRIVED AT THE SCENE FIRST AND OFFICER WEEKS ARRIVED JUST BEHIND ME.

AS I PARKED MY VEHICLE I OBSERVED A GROUP OF 5 TO 9 INDIVIDUALS STANDING AROUND IN A GROUP AT THE 700 BLOCK OF CROSS. THE INDIVIDUALS WERE STANDING AROUND A SUBURBAN PARKED ON THE SIDE OF THE STREET AND IN FRONT OF A PINK COLORED HOUSE. AS I GRABBED MY FLASH LIGHT AND OPENED THE DOOR I WAS ABLE TO OBSERVE OFFICER PERRY SHINING HIS LIGHT AT SOMETHING ON THE GROUND (IN THE STREET) NEXT TO THE SUBURBAN. AS I APPROACHED I COULD SEE OFFICER PERRY LOOKING AT A CLEAR PLASTIC BAG BUT COULD NOT TELL WHAT THE CONTENTS OF THE BAG WAS. I THEN OBSERVED OFFICER PERRY DUMPING THE CONTENTS OF THE BAG OUT AND HE STATED, "I DON'T KNOW WHAT THAT WAS BUT ITS NOT CRACK EVEN THOUGH ITS PACKAGED LIKE CRACK."

OFFICERS INFORMED THE GROUP OF INDIVIDUALS THAT WE WERE CALLED TO THE SCENE FOR PEOPLE STANDING IN THE STREET AND LOITERING IN THE AREA. MOST OF THE INDIVIDUALS ENTERED THE RESIDENCE:THE PINK COLORED HOUSE. ONE INDIVIDUAL IN A YELLOW SHIRT, LATER IDENTIFIED AS JERMAINE WILLIAMS WAS PACING BACK AND FORTH AND BEGAN QUESTIONING OFFICERS WHY THEY WERE AROUND THE HOUSE. OFFICER PERRY TOLD THE INDIVIDUAL AGAIN WHY WE WERE THERE AND TOLD MR. WILLIAMS TO GO INSIDE THE HOUSE.

AT THIS TIME OFFICER MENGERELLI STATED, "STANLEY ITS UP HERE LOOK ON TOP OF THE SUV." AT THE END OF THE LUGGAGE RACK ON TOP OF THE SUBURBAN ON THE PASSENGER SIDE WAS A LARGE CLEAR PLASTIC BAG WITH WHAT APPEARED TO BE CRACK COCAINE INSIDE IT. THE BAG APPEARED TO CONTAIN 5 TO 8 LARGE ROCKS AND SEVERAL SMALL ROCKS THAT WERE CONSISTENT WITH CRACK COCAINE. THE ROCKS WERE WHITE AND A LIGHT BROWN COLOR ALL MIXED TOGETHER IN THE BAG. THE BAG WAS STUFFED INTO THE SMALLEST HOLE OF THE LUGGAGE RACK. THE SUBURBAN WAS FACING WEST WITH THE PASSENGER SIDE FACING THE PINK HOUSE WHICH WAS ON THE NORTH SIDE OF CROSS STREET.

OFFICER PERRY TOLD AN INDIVIDUAL IN A WHITE DO RAG TO GO AND GET THE DRIVER OF THE VEHICLE SO HE COULD SPEAK WITH HIM. WHEN THE OWNER OF THE VEHICLE CAME OUTSIDE OFFICER PERRY BEGAN SPEAKING WITH HIM. THE INDIVIDUAL WAS A TALL BLACK MALE WHO I CAN NOT IDENTIFY HIS NAME. OFFICER PERRY ASKED THE INDIVIDUAL, "WHAT WAS THIS?" THE INDIVIDUAL STATED, "I DON'T KNOW." AND OFFICER PERRY STATED, "I KNOW YOU ARE GOING TO TELL ME ITS NOT YOURS AND YOU DON'T KNOW WHERE IT CAME FROM BUT IT WAS ON THE BACK OF YOUR VEHICLE." OFFICER PERRY THEN ASKED THE INDIVIDUAL, "THIS IS YOUR VEHICLE ISN'T IT?" TO WHICH THE INDIVIDUAL RESPONDED, "YES." OFFICER PERRY THEN PLACED THE INDIVIDUAL IN HAND CUFFS AND STATED, "YOU ARE NOT UNDER ARREST I AM JUST DETAINING YOU AT THIS TIME." OFFICER PERRY THEN STATED, "JUST LIKE WHEN I QUESTIONED YOU LAST NIGHT." AND THE INDIVIDUAL RESPONDED, "YEAH I KNOW ITS OK." AT THIS TIME I HELPED PLACE THE INDIVIDUAL IN CUFFS WITH OFFICER PERRY.

AT THIS TIME MR. WILLIAMS CAME OUT OF THE RESIDENCE AND BEGAN PACING BEHIND THE TWO INDIVIDUALS WE WERE TALKING TO (THE ONE BEING DETAINED AND THE ONE WITH THE WHITE DO RAG LATER IDENTIFIED AS CORNELIUS REDMOND). MR. WILLIAMS THEN OPENED THE DOOR OF THE RESIDENCE AND STEPPED INSIDE BUT DID NOT SHUT THE DOOR BUT WAS WATCHING FROM THE INSIDE. THE INDIVIDUAL IN THE WHITE DO RAG BECAME IRRATATED AND STATED, "YALL CAN'T DO THIS." OFFICER MENGERELLI ASKED THE INDIVIDUAL HIS NAME AND HE REPLIED, "SPENCER HAYWOOD." OFFICER MENGERELLI ASKED THE INDIVIDUAL, "WHO DID YOU SAY YOU WERE?" AND AGAIN THE INDIVIDUAL STATED, "SPENCER HAYWOOD." OFFICER MENGERELLI THEN INFORMED THE INDIVIDUAL THAT THE ONLY SPENCER HAYWOOD HE KNEW OF IN CLEVELAND WAS A LARGER INDIVIDUAL THAN HIM (REDMOND). THE INDIVIDUAL THEN QUICKLY

WILLIAMS
STATED, "NO I SAID SPENCER HUTTON, I'M JUST DRUNK AND SLURRED MY WORDS YOU DIDN'T UNDERSTAND ME." OFFICER MENGERELLI THEN TOLD THE INDIVIDUAL, "NO YOU JUST TOLD ME YOUR NAME WAS SPENCER HAYWOOD AND EVERYONE HER HEARD YOU." MR. REDMOND THEN REPLIED, "NO THATS MY ALIAS THATS WHAT THEY CALL ME SOMETIMES." OFFICER MENGERELLI THEN PLACED MR. REDMOND IN CUSTODY FOR GIVING FALSE INFORMATION. THE INDIVIDUAL CONTINUED TO GIVE OFFICER MENGERELLI A FALSE NAME AND HIS REAL NAME WAS FOUND OUT LATER ON.

MR. WILLIAMS THEN STEPPED BACK OUTSIDE THE DOOR BEHIND THE TWO INDIVIDUALS IN CUSTODY AND BEGAN PACING BACK AND FORTH AGAIN AND MR. WILLIAMS BEGAN STARRING AT OFFICERS ON SCENE. OFFICER PERRY, WHO STILL HAD THE PLASTIC BAG IN HIS HAND, PLACED IN ON TOP OF THE SUV AND STATED, "THIS IS YOUR VEHICLE AND THIS IS WHERE WE FOUND THE BAG." MR. WILLIAMS THEN RAN BEHIND THE INDIVIDUAL WHO OWNED THE SUBURBAN AND JUMPED UP GRABBED THE BAG AND BEGAN RUNNING EAST ON CROSS STREET. I, OFFICER PERRY, AND OFFICER WEEKS BEGAN RUNNING AFTER MR. WILLIAMS. I TURNED TO OFFICER WEEKS AND STATED STAY WITH HIM (MENGERELLI) AND THE TWO IN CUSTODY. AT THIS TIME OFFICER WEEKS STOPPED PURSUING MR. WILLIAMS WITH US AND USED HER WALKIE TALKIE TO TELL DISPATCH AND OTHER OFFICERS WE WERE IN A FOOT PURSUIT WITH A BLACK MALE WEARING A YELLOW SHIRT RUNNING DOWN FLOWERS. MR. WILLIAMS HAD TURNED SOUTH ON FLOWERS FROM CROSS STREET AND WAS RUNNING IN THE STREET. MR. WILLIAMS THEN TURNED EAST ON JACKSON STREET AND RAN TO LUCY SEABERRY WHERE HE TURNED NORTH BACK TOWARDS CROSS STREET.

AT THIS TIME I TRIED TO RADIO DISPATCH WITH MY WALKIE TALKIE THAT WE WERE HEADING BACK TO CROSS STREET BUT COULD NOT GET MY WALKIE TALKIE TO TRANSMIT. AT THIS TIME I SAW OFFICER PERRY TURN OFF HIS FLASH LIGHT AND RUN UP TO A HEDGE ROW OF BUSHES ON THE EAST SIDE OF A RESIDENCE AT THE CORNER OF CROSS STREET AND LUCY SEABERRY. THE HOUSE WAS ON THE SOUTH WEST CORNER OF THE INTERSECTION. I THEN SAW OFFICER PERRY PULL HIS TASER AND BEGAN YELLING, "GET ON THE GROUND, GET ON THE GROUND, GET ON THE GROUND NOW!" AT THIS TIME I PUT MY WALKIE TALKIE BACK IN MY BELT HOLDER AND PULLED MY TASER THEN RAN TOWARDS OFFICER PERRY.

AT THIS TIME I SAW MR. WILLIAMS LUNGE AT OFFICER PERRY WITH BOTH HANDS IN FRONT OF HIM TRYING TO GRAB OFFICER PERRY. OFFICER PERRY AND MR. WILLIAMS WERE STRUGGLING AND OFFICER PERRY WAS ABLE TO STEP BACK AND DEPLOY HIS TASER. THE PROBES HIT MR. WILLIAMS IN THE CHEST AND I SAW MR. WILLIAMS FALL BACKWARDS. MR. WILLIAMS THEN BEGAN TO GET UP AND I SAW HIM GRAB OFFICER PERRY'S TASER AND TOOK IT FROM HIM AND BOTH INDIVIDUALS WENT TO THE GROUND. AS MR. WILLIAMS WAS TRYING TO GET UP I STEPPED BEHIND HIM AND DEPLOYED MY TASER. THE PROBES HIT HIM IN THE BACK AND ONCE AGAIN DID NOT SEEM TO PHASE MR. WILLIAMS. I THOUGHT THAT I DID NOT GET A GOOD DEPLOYMENT WITH THE TASER AND FOLLOWED THE DEPLOYMENT WITH A DRIVE STUN (WITH THE PROBES HITTING MR. WILLIAMS I THEN PLACED THE FACE OF THE TASER ON HIS UPPER ARM AT A DOWNWARD RIGHT ANGLE TO MAKE A BETTER CIRCUT).

WHILE DRIVE STUNNING MR. WILLIAMS HE TURNED AND LOOKED AT ME, MR. WILLIAMS HAD A GLOSSY GLAZE OVER HIS EYES, AND HE REACHED UP AS HE NEVER FELT ANYTHING FROM THE TASER AND GRABBED IT PULLING IT OUT OF MY HANDS. MR. WILLIAMS THEN BEGAN SITTING UP WITH HIS UPPER BODY OFF THE GROUND AND I SAW A TASER POINTED AT ME AND HIS LEFT HAND WAS GOING TOWARDS MY RIGHT HIP WHERE MY GUN WAS LOCATED.

AT THIS TIME I BEGAN TO FEAR WHAT MR. WILLIAMS WAS CAPABLE OF DOING BECAUSE NOTHING WE HAD DONE HAD DETERRED HIS EFFORTS TO GET AWAY FROM US. HAVING BEEN TASED WITH A CLOSE PROBE DEPLOYEMENT DURING TRAINING AND WITNESSING THE EFFECTS OF TASERS DURING TRAINING AND USING THEM ON THE STREET I WAS AFRAID OF THE STRENGTH MR. WILLIAMS WAS SHOWING WHILE WE WERE TRYING TO SUBDUE HIM. AT THIS TIME I HIT THE RIGHT ARM WITH THE TASER IN IT AND TRIED TO ROLE MR. WILLIAMS ON HIS STOMACH. I IMMEDIATELY FELT STINGING IN MY RIGHT ARM DUE TO MAKING CONTACT WHILE THE TASER CYCLE WAS STILL GOING, POSSIBLY A SECOND CYCLE STARTED WITH MY TASER. AT THIS TIME OFFICER PERRY WAS RETURNING TO HIS FEET AND I WAS GETTING MR. WILLIAMS ON HIS STOMACH AND I FELL ON HIS BACK. I FELT OFFICER PERRY'S HANDS ON MY BACK PUSHING BOTH OF US DOWN.

AT THIS TIME MR. WILLIAMS PUSHED UP (LIKE A PUSH UP) WITH BOTH OF US ON HIS BACK. MR. WILLIAMS AGAIN SHOWED THAT HIS STRENGTH AND DETERMINATION TO GET AWAY

WILLIAMS

FROM US WAS NOT USUAL. AT THIS TIME BOTH MYSELF AND OFFICER PERRY WERE STILL TRYING TO SUBDUE THE INDIVIDUAL WITH OUT RAISING TO THE NEXT LEVEL ON THE USE OF FORCE SCALE. MR. WILLIAMS HAD TAKEN TO TASERS BUT WE WERE STILL TRYING TO GET HIM TO THE GROUND AND NOT PULL OUR PISTOLS. WHILE MR. WILLIAMS WAS PUSHING UP I WAS WAS ABLE TO REPOSITION MYSELF ON MR. WILLIAMS. MY WHOLE BODY WAS ON HIS BACK WITH MY LEFT LEG OVER HIS HIPS AND MY LEFT ARM WAS UNDER HIS LEFT ARM NOW. I THEN PLACED MY RIGHT ARM AROUND MR. WILLIAMS RIGHT SHOULDER AND GRASPED MY RIGHT HAND WITH MY LEFT AND DROPPED ALL OF MY WEIGHT ON HIM. OFFICER PERRY THEN TACKLED BOTH OF US DRIVING US TO THE GROUND AND MY RIGHT LEG WAS CAUGHT UNDER MR. WILLIAMS SIDE AND I BELIEVE HIS RIGHT ARM WAS TRAPPED UNDER HIS SIDE AS WELL.

MR. WILLIAMS WAS TRYING TO PUSH UP AGAIN AND I COULD FEEL OFFICER PERRY PUT ALL OF HIS WEIGHT ON TOP OF US. OFFICER PERRY THEN PULLED MY WALKIE TALKIE FROM MY BELT AND YELLED, "CLEVELAND WE NEED BACK UP GET US SOME UNITS TO CROSS AND LUCY SEABERRY." THERE WAS A PAUSE AND OFFICER PERRY AGAIN YELLED, "CLEVELAND DID YOU COPY WE NEED SOME UNITS AT CROSS AND LUCY SEABERRY NOW."

MR. WILLIAMS WAS TRYING TO PULL BOTH OF MY HANDS APPART AND STILL TRYING TO MOVE UNDERNEATH US. AS MR. WILLIAMS WAS STILL FIGHTING AND TRYING TO BREAK FREE I PLACED MY HEAD BEHIND HIS SO HE COULD NOT BEGIN HEAD BUTTING ME AND A SQUEEZED MY HANDS TOGETHER AND APPLIED PRESSURE TO MR. WILLIAMS IN A HEAD LOCK POSSIBLY PUTTING PRESSURE ON HIS NECK. AT THIS TIME I WAS USING EVERYTHING I HAD TO TRY AND SUBDUE MR. WILLIAMS AND HOPING BACK UP WOULD GET THERE SOON. I HEARD OFFICER PERRY YELLING FOR OFFICERS TO COME WHERE WE WERE IN THE DRIVE WAY. WITHING 30 SECONDS I COULD HEAR AN OFFICER CUFFING MR. WILLIAMS BUT COULD NOT SEE BECAUSE I WAS STILL TRAPPED UNDER OFFICER PERRY. I THEN HEARD OFFICER PERRY AND POSSIBLY CAPTAIN GOSS YELLING AT MR. WILLIAMS TO GIVE HIM HIS OTHER HAND. I COULD STILL FEEL MR. WILLIAMS BODY TENSING UP UNDER ME RESISTING BEING CUFFED BY THE OFFICERS. I HEARD OFFICER PERRY TELL ME TO LET HIM GO AND GET OFF OF MR. WILLIAMS SO THEY COULD CUFF HIM. AS I GOT UP WHEN I TURNED AROUND I SAW MR. WILLIAMS WAS CUFFED WITH BOTH HANDS BEHIND HIS BACK. I SAW MR. WILLIAMS CLOSE HIS EYES AND HE LOOKED LIKE HE POSSIBLY PASSED OUT FROM EXHAUSTION.

OFFICERS YELLED FOR MR. WILLIAMS TO WAKE UP AND BEGAN RUBBING BETWEEN HIS SHOULDERS TRYING TO GET MR. WILLIAMS TO OPEN HIS EYES BUT IT WAS NOT WORKING. AT THIS TIME OFFICERS RADIOED DISPATCH TO GET EMS ON SCENE TO CHECK MR. WILLIAMS OUT BECAUSE HE HAD PASSED OUT. AT THIS TIME MR. WILLIAMS WAS BREATHING NORMALLY BUT WAS STILL UNCONSCIOUS. APPROXIMATELY 3 TO 5 MINUTES LATER I LOOKED DOWN AND NOTICED MR. WILLIAMS BREATHING HAD CHANGED AND I ASKED, "IS HE BREATHING OK." OFFICERS BEGAN LOOKING AT MR. WILLIAMS AND TRIED AGAIN TO GET A RESPONSE FROM HIM. I PLACED MY POINTER AND INDEX FINGER ON MR. WILLIAMS NECK TO CHECK HIS PULSE AND HIS PULSE STILL APPEARED FINE. AT THIS TIME WE RADIOED AGAIN FOR CLEVELAND TO GET EMS ON SCENE. CLEVELAND ADVISED, "THEY ARE IN ROUTE." WITHIN A FEW MORE MINUTES I SAW MR. WILLIAMS DID NOT APPEAR TO BE BREATHING AND GOT CAPTAIN GOSS' ATTENTION. I TOOK THE HAND CUFFS OFF MR. WILLIAMS AN PUT HIM ON HIS BACK. MR. WILLIAMS DID NOT APPEAR TO BE BREATHING AT THIS TIME AND I CHECKED HIS PULSE AGAIN AND IT DID NOT SEEM AS STRONG.

I SAT MR. WILLAMS UP AND PICKED UP UNDER HIS ARMS TO SEE IF IT WOULD OPEN HIS LUNGS THEN LAID HIM DOWN FLAT ON THE GROUND. I OPENED MR. WILLIAMS MOUTH TO CHECK HIS AIRWAY AND NOTICED THAT HIS TONGUE WAS WHITE DOWN THE CENTER AND MOST OF THE SIDES BUT HIS AIR WAY SEEMED CLEAR. MR. WILLIAMS TONGUE HAD A CHALKY WHITE COLOR LIKE A FILM OVER IT. I CHECKED MR. WILLIAMS PULSE AGAIN AND COULD NOT FIND A PULSE. AT THIS TIME I POSITIONED MR. WILLIAMS HEAD TO OPEN THE AIR WAY AND BEGAN DOING CHEST COMPRESSIONS ON MR. WILLIAMS. DURING THE TIME I WAS DOING CHEST COMPRESSIONS I NOTICED AT SOME POINT MR. WILLIAMS HAD URINATED ON HIMSELF. AS I WAS DOING CHEST COMPRESSIONS SERGEANT WESLEY CALLED DISPATCH ON THE CELL PHONE AND TOLD THEM DO EVERYTHING THEY COULD TO STEP UP THE AMBULANCE. POSSIBLY 8 TO 10 MINUTES LATER I COULD HEAR A SIREN FROM THE AMBULANCE WHILE I WAS STILL DOING THE CYLCLES OF CHEST COMPRESSIONS ON MR. WILLIAMS. I NOTICED TO INDIVIDUALS WALKING AROUND THE CORNER WHO WERE AT THE HOUSE THE INCIDENT STARTED AT. ONE WAS "CHEETAH" AND I DID NOT KNOW THE OTHER INDIVIDUAL. WHEN EMS FINALLY ARRIVED ON SCENE I STOPPED DOING CHEST COMPRESSIONS AND THEY TOOK OVER THE CPR PROCESS. I ALSO NOTICED THAT OFFICER

Page 3

WILLIAMS

PERRY WAS BARELY SITTING IN THE YARD WITH HIS SHIRT OPEN AND HE APPEARED TO BE PULLING ON HIS VEST LIKE HE WAS TRYING TO CATCH HIS BREATH. OFFICER PERRY LOOKED ON THE VERGE OF PASSING OUT FROM EXHAUSTION AT THIS POINT.

THE AMBULANCE TRANSPORTED MR. WILLIAMS A WHILE LATER. THE TWO TASERS WERE LEFT WHERE THE HAD HIT THE GROUND DURING THE PROCESS OF TRYING TO DETAIN MR. WILLIAMS. ALSO THE CLEAR PLASTIC BAG THAT MR. WILLIAMS TOOK AND RAN WITH WAS ON THE GROUND. AT THIS TIME I COULD ONLY SEE A SMALL ROCK INSIDE THE BAG. CHIEF BINGHAM AND CHIEF TROTTER WERE CALLED TO THE SCENE AS WELL AS INVESTIGATOR GRAHAM AND A FEW MINUTES LATER I HEARD INVESTIGATOR SERIO RADIO CLEVELAND ASKING WHERE OUR LOCATION WAS. INVESTIGATOR SCERIO ALSO SHOWED UP ON SCENE. AT THIS TIME I NOTICED THE APPREHENSION STOPPED IN THE MIDDLE OF THE DRIVE WAY ON CROSS STREET APPROXIMATELY 15 TO 20 FEET FROM WHERE IT BEGAN.

AT THIS TIME OFFICER PERRY TOOK OFF HIS BULLET PROOF VEST AND REFASTENED HIS SHIRT. I, OFFICER PERRY, SERGEANT WESLEY, AND CAPTAIN GOSS WALKED BACK TO WHERE THE INCIDENT BEGAN AND STARTED BACK TRACKING OUR PURSUIT ROUTE TO MAKE SURE ALL OF OUR EQUIPMENT WAS FOUND AND WE WERE ALSO LOOKING TO SEE IF MR. WILLIAMS DROPPED THE CRACK WHILE RUNNING. AFTER RETRACING OUR PURSUITE TRAIL CAPTAIN GOSS TOLD ME TO TAKE MY CAR AND GO TO THE STATION. CAPTAIN GOSS STATED, "GET IN A ROOM TO YOUR SELF AND DON'T TALK TO ANYONE INCLUDING OFFICER PERRY AND OFFICER WEEKS." CAPTAIN GOSS STATED, "THIS IS JUST A PROCEDURE WE HAVE TO GO THROUGH MBI WILL BE COMING TO DO AN INVESTIGATION AND WE DON'T WANT IT TO BE INTERFERED WITH IN ANY WAY."

WHEN I GOT BACK TO MY CAR I NOTICED ONE OF THE SUBJECTS THAT WAS ARRESTED WAS IN THE BACK OF MY PATROL CAR. I ASKED OFFICER MENGERELLI IF HE HAD ONE IN HIS CAR AND HE STATED YES. I INFORMED OFFICER MENGERELLI THAT I WAS NOT SUPPOSE TO BE IN CONTACT WITH EITHER OF THE TWO INDIVIDUALS AND NEEDED TO FIND SOMEONE TO TRANSPORT HIM. OFFICER MENGERELLI ASKED IF THE AMBULANCE TRANSPORTED THE OTHER SUBJECT AND I STATED, "YES BUT I AM NOT SUPPOSE TO TALK TO ANYONE ABOUT IT." OFFICER MENGERELLI THEN STATED, "I UNDERSTAND BUT YOU KNOW ONE OF THESE GUYS MADE THE COMMENT THATS WHAT HAPPENS WHEN YOU MIX ALCLOHOL AND DOPE." I TOLD OFFICER MENGERELLI MAKE SURE YOU PUT THAT IN YOUR ARREST REPORT. I THEN WALKED BACK TO WHERE THE SUPERVISORS WERE AND TOLD THEM I NEEDED A TRANSPORT FOR THE INDIVIDUAL IN MY CAR. SERGEANT WESLEY STATED HE WOULD TRANSPORT THE INDIVIDUAL AND I WOULD DRIVE HIS CAR BACK TO THE STATION. UPON ARRIVAL AT THE STATION I WAITED IN THE BREAK ROOM UNTIL MBI ARRIVED FOR QUESTIONING. I WAS NOT ALLOWED TO LEAVE THE STATION OR SPEAK ABOUT THE CASE WITH ANYONE.

Bryan Goza
*[signature]*
7/26/10