CONFIDENTIAL

ON JULY 23, 2010 AT 03:18 WE RECEIVED ON CALL FROM THE DISPATCHER TO GO TO 700 BLOCK CROSS STREET BECAUSE THERE WERE SOME PEOPLE LOITERING IN THE AREA. AT THE TIME I WAS SITTING AT GAS MART TALKING TO THE CAPTAIN GOSS IN THE PARKING LOT. I PULLED OFF AND HEAD TO CROSS STREET. I ARRIVED ON SCENE FIRST AND SAW FOUR TO FIVE BLACK MALES STANDING IN THE ROAD WAY BESIDE A BLUE CHEVY SUV. WHEN I PULLED UP BESIDE THE BLUE SUV TWO OF THE GUYS STAYED OUT IN THE ROAD AND TALKED TO ME AND THE OTHERS WALKED AROUND TO THE PASSENGER SIDE ACTING SUSPIOUS. AT THAT TIME I OFFICER PERRY GOT OUT OF MY UNIT WITH MY FLASH LIGHT AND WALKED AROUND TO THE PASSENGER SIDE OF THE SUV. I SHINE MY LIGHT AROUND ON THE GROUND AREA AND SAW A SMALL PLASTIC BAG LAYING ON THE GROUND. I PICKED IT UP AND SAW SOMETHING INSIDE OF IT. AT THAT TIME FRANKIE HUDSON ASK ME ( MR P WHAT DID U FIND ). I OFFICER NOTICE THAT IT APPEARED TO BE PEANUTS. SO I DUMP THEM OUT AND STEPPED ON THEM WITH MY FOOT. I TOLD FRANKIE AND THE OTHER GUYS THAT THEY NEED TO GET OUT OF THE STREET AND GO INSIDE BECAUSE SOMEONE HAD CALLED AND SAID SOMETHING ABOUT THEM HANGING OUT. AT THAT TIME EVERYONE OTHER THAT REDMAN AND WILLIAMS WENT INSIDE. OFFICER WEEKS CALLED ME BY MY NAME (STANLEY) LOOK ON TOP OF THE TRUCK. I LOOKED ON TOP OF THE TRUCK AND SAW SOME PLASTIC STUCK BETWEEN THE LUGGAGE RACK OF THE SUV. I OFFICER PERRY REMOVED THE PLASTIC BAGS FROM THE RACKS AND NOTICE THAT IT HAD WHAT APPEARED TO BE CRACK COCAINE IN BOTH BAGS. AT THAT TIME I DROPPED BOTH BAGS ON TOP OF THE ROOF AND TOLD REDMAN TO GO GET FRANKIE OUT OF THE HOUSE. REDMAN WENT TO THE DOOR AND TOLD FRANKIE TO COME HERE. WHEN FRANKIE



EXHIBIT D

CONFIDENTIAL

WALKED OUT OF THE HOUSE I OFFICER PERRY PLACED HAND CUFFS ON FRANKIE AND ADVISED HIM THAT HE WAS NOT UNDER ARREST BUT I WAS GOING TO DETAIN HIM UNTILL I FIGURE OUT WHAT WAS GOING ON. FRANKIE STARTED TO PULL AWAY FROM ME BUT I TOLD HIM TO NOT RESIST ME AND HE SAID OK. AT THAT TIME OFFICER MENGARELLI ASKED REDMAN WHAT WAS HIS NAME AND HE TOLD HIM THAT HIS NAME WAS SPENCER HAYWOOD. OFFICER MENGARELLI LOOKED AT HIM AND SAID THAT YOU CANT BE HAYWOOD CAUSE HE IS BIGGER THAT YOU ARE. AT THAT TIME I OFFICER PERRY PLACED REDMAN IN CUFFS BECAUSE I KNEW THAT HE WAS NOT SPENCER HAYWOOD AND REDMAN ASKED ME WHY WAS HE BEEN ARRESTED AND I TOLD HIM FOR FALSE INFORMATION. AT THAT TIME I NOTICE THAT WILLIAMS WAS WALKING AROUND BEHIND ALL THE OTHER OFFICER THAT WAS THERE. AT THAT TIME WILLIAMS RAN UP TO THE BACK OF THE SUV AND JUMP UP ON THE BUMPER AND GRABBED THE TWO PLASTIC BAGS WITH WHAT APPEARED TO HAVE CRACK COCAINE INSIDE OF THEM AND RAN, I OFFICER PERRY TOOK CHASE AFTER HIM. WILLIAMS RAN EAST BOUND DOWN CROSS STREET AND WHEN HE GOT FLOWERS WHICH RUNS NORTH AND SOUTH HE WENT SOUTH BOUND. WHEN WILLIAMS GOT TO JACKSON STREET HE WENT LEFT ON JACKSON STREET AND HE SLIPPED AND FELL. HE GOT UP AND KEPT RUNNING EAST BOUND ON JACKSON STREET AND I OFFICER PERRY CALLING OUT FOR HIM TO STOP BUT HE REFUSED. WHEN HE GOT TO THE LAST HOUSE ON THE NORTH SIDE OF THE BLOCK HE RAN UP INTO THE YARD AND I CONTIUED BEHIND HIM. WILLIAMS RAN IN THE BACK YARD OF 720 CROSS STREET AND WENT AROUND TO THE WEST SIDE OF THE HOUSE AND I OFFICER PERRY WENT TO THE EAST SIDE OF THE HOUSE BECAUSE I KNEW THAT HE WAS NOT GOING TO RUN BACK TOWARDS

CONFIDENTIAL

WHERE THE POLICE CARS WERE. AT THAT TIME I SAW WILLIAMS COME AROUND THE FRONT OF THE HOUSE WHICH IT FACES NORTH ON CROSS STREET. THERE IS SOME HEDGE BUSHES PLANTED BESIDE OF THE HOUSE OF 720 CROSS ON THE EAST SIDE. WHEN I SAW WILLIAMS I TOLD HIM TO STOP OR I WAS GOING TO TASER HIM BUT HE KEPT RUNNING TOWARD ME. WILLIAMS RAN BETWEEN THE HOUSE AND THE HEDGE BUSHES AND WHEN HE CAME OUT ON THE OTHER END I TOLD HIM AGAIN THE SECOND TIME TO STOP OR I WAS GOING TO TASER HIM AND HE REFUSED AGAIN TO STOP. I DEPOLYED MY TASER IN THE CHEST AREA OF MR WILLIAMS AND WHEN IT HIT HIM IT APPEARED TO DO NOTHING TO HIM OR PHASE HIM ANY KIND OF WAY. WILLIAMS TURN AROUND AND RAN BACK THE WAY HE CAME FROM. WHEN HE GOT BEHIND THE BUSHES HE FELL, GOT BACK UP AND STARTED RUNNING AGAIN. WHEN HE GOT OUT BEHIND OF THE BUSHES HE SLIPPED AND FELL AGAIN HE TRIED TO GET UP AND WHEN HE DID I PUSHED HIM TO THE GROUND. I WENT TO GRAB HIM TO TRY TO PUT CUFFS ON HIM WITH MY TASER STILL IN MY RIGHT HAND HE GRABBED MY TASER AND TOOK IT FROM ME. I REACH AND GRAB MY TASER FROM WILLIAMS WITH BOTH HANDS AND PULLED IT FROM HIS HAND. WE FOUGHT FOR A WHILE BEFORE OFFICER GOZA GOT TO WHERE WE WERE. WILLIAMS PUSH ME OFF OF HIM AND I REACHED AND GRABBED HIM AGAIN AND THAT'S WHEN OFFICER GOZA NOTICE THAT HE WAS FIGHTING WITH ME AND HE DEPOLYED HIS TASER IN THE BACK OF WILLIAMS. AT THAT TIME I OFFICER PERRY MUST HAVE TOUCH THE WIRES OF OFFICER GOZA TASER BECAUSE I FELT THE SHOCK OF IT ALSO AND I PUSHED AWAY FROM THEM. AT THAT TIME I OFFICER PERRY GOT BACK UP AND GOT ON TOP OF WILLIAMS AND OFFICER GOZA. OFFICER GOZA HAD WILLIAMS IN A HEAD LOCK FROM WHAT I COULD TELL.

CONFIDENTIAL

WILLIAMS WAS ON THE BOTTOM AND OFFICER GOZA WAS ON HIS BACK AND I WAS ON TOP BOTH OF THEM TO KEEP WILLIAMS FROM GETTING BACK UP. THERE WAS A WHITE CAR THAT PULLED UP TO THE STOP SIGN AT THE CORNER OF CROSS AND LUCY SEABERRY AND SAT THERE FOR A SECOND. AT THAT TIME I TOLD OFFICER GOZA THAT I WAS GOING FOR HIS RADIO BECAUSE I DID NOT WANT HIM TO THINK THAT IT WAS WILLIAMS WAS GOING FOR IT. I GRABBED IT AND CALLED FOR HELP SAYING ( I NEED SOME UNITS AT THE CORNER OF CROSS AND LUCY SEABERRY) I DID NOT GET NO RESPONSE FROM ANYONE SO I GOT BACK ON THE RADIO AGAIN AND SAID IT AGAIN ( I NEED SOME UNITS AT THE CORNER OF CROSS AND LUCY SEABERRY ). AT THAT TIME I HEARD SOME PATROL UNITS COMING. I SAW MY CAPTAINS CAR COMING EAST BOUND ON CROSS STREET AND THEN I SAW OFFICER WEEKS IN THE YARD NEXT TO WHERE WE WERE AND I FLASHED MY LIGHT AT HER SO SHE WOULD SEE US. CAPTAIN GOSS, OFFICER WEEKS AND OFFICER WILLIAMS GOT THERE ABOUT THE SAME TIME. CAPTAIN GOSS GRABBED WILLIAMS LEFT AND PULLED IT OUT FROM UNDER WILLIAMS AND I PULLED WILLIAMS RIGHT ARM OUT FROM UNDER HIM AND I ASKED FOR SOME CUFFS TO PLACED HIM IN CUSTODY. AT THAT TIME I TOLD WILLIAMS TO GET UP AND HE DID NOT RESPOND TO ME. I SHOOK HIM TO TRY TO GET HIM UP AND SHOOK HIM UP AGAIN. AT THAT TIME I RAISED WILLIAMS EYE LID AND SHINE MY LIGHT INTO HIS EYE TO SEE IF IT WAS MOVING AND IT DID NOT. AT THAT TIME I FELL BACK TO THE GROUND FROM EXHAUSTED FROM BEEN FIGHTING WITH WILLIAMS. AND LAYED THERE FOR A MINUTE TO GET MY BREATH. I TOLD CAPTAIN GOSS TO GET A AMBULANCE TO COME TO THE SCENE. I CRAWLED AROUND ON THE GROUND ON MY HANDS AND KNEES FROM EXHAUSTED. I GOT UP AND WALKED DOWN THE DRIVE WAY AND SAT

CONFIDENTIAL

IN THE PATROL CAR THAT WAS SITTING THERE AND TURN THE AIR ON HIGH BECAUSE I WAS ABOUT TO PASS OUT. I SAW OFFICER GOZA DOING CHEST COMPRESSION ON WILLIAMS. THE AMBULANCE ARRIVED ON SCENE AND TOOK WILLIAMS TO THE HOSPITAL. I ASKED A OFFICER ON THE SCENE FOR SOMETHING TO DRINK AND ALL HE HAD WAS SOME ICE IN A CUP. I TOOK THE CUP AND WALKED AROUND LOOKING FOR A WATER FAUCET TO GET SOME WATER. I FOUND SOME WATER AND AT THAT TIME I PULLED MY VEST OFF AND PUT IT IN MY CAR. CAPTAIN GOSS CAME UP TO ME AND TOLD ME TO GO TO THE STATION AND DO NOT TALK TO ANYONE TO GET IN A ROOM ALONE AND HE WOULD BE UP THE SHORTLY. I ASKED HIM IF HE WANTED ME TO TAKE MY CAR AND HE SAID YES. I GOT IN MY CAR AND REPORTED TO THE STATION AND STAYED THERE UNTILL I TALKED TO MR PYLES.

STANLEY PERRY

*[signature]*

July 26, 2010