CONFIDENTIAL

Narrative

Incident of 720 Cross Street

July 23, 2010

ON JULY 23, 2010, ON OR NEAR 0330 HOURS. I, OFFICER MICHAEL MENGARELLI, RESPONDED TO A CALL OF PEOPLE LOITERING IN THE STREETS AT THE 700 BLOCK OF CROSS STREET. OFFICER STANLEY PERRY AND MYSELF WERE FIRST ON SCENE. UPON ARRIVAL, I OBSERVED A BLUE EARLY MODEL SUBURBAN FACING WEST BOUND ON THE NORTH SIDE OF THE CROSS. IT WAS PARKED IN FRONT OF THE SECOND HOUSE ON THE LEFT FROM HIGHWAY 61. THERE WERE APPROXIMATELY 5 SUBJECTS IN THE STREET AROUND THE VEHICLE. I WAS BEHIND OFFICER PERRY AND HE STARTED TO PULL OFF BUT STOPPED AS IF HE SAW SOMETHING. I EXITED MY CAR AND WENT TO ASSIST. A MR. FRANKIE HUDSON WAS STANDING BEHIND THE VEHICLE AND WALKED AROUND TO THE DRIVER'S SIDE. DOWN BESIDE THE RIGHT SIDE OF THE VEHICLE, WAS A EMPTY PLASIC BAG WHICH USUALLY INDICATES A STREET DRUG SUCH AS MARIJUANA OR CRACK.

OFFICER PERRY ADDRESSED THE FINDINGS WITH MR. HUDSON, THE OWNER OF THE VEHICLE, BUT MR. HUDSON DENIED ANY KNOWLEDGE OF WHERE IT CAME FROM. THERE WAS ONE SUBJECT WHO SHOUTED FREQUENTLY THAT HE WAS GOING TO GET HIS MOM. OFFICER PERRY ADVISED THE REMAINING FOUR SUBJECTS TO GO INSIDE AND THEY COMPLIED. WE WALKED AROUND TO THE REAR OF THE VEHICLE AND OBSERVED A SMALL WHITE POUCH STUFFED AT THE VERY BACK OF THE LUGGAGE RACK ON TOP OF THE SUBURBAN. OFFICER PERRY GRABBED THE BAG AND IT CONTAINED WHAT APPEARED TO BE CRACK COCAINE. THERE WERE FOUR TO FIVE LARGE ROCKS APPROXIMATELY THE SIZE OF A SMALL BUTTON. OFFICER PERRY PLACED CUFFS ON MR. HUDSON AND THE FOUR SUBJECTS BEGAN TO COME BACK OUTSIDE. A THIN BLACK MALE WAS QUESTIONING OFFICER PERRY WHY HE WAS PLACING HAND CUFFS ON MR. HUDSON. OFFICER PERRY ADVISED THE SUBJECT TO GO BACK INSIDE. THE SUBJECT FAILED TO FOLLOW OFFICER PERRY'S INSTRUCTION AND WAS ASKED HIS NAME. HE RESPONDED WITH SPENCER HAYWOOD. I ASKED THE SUBJECT WHAT WAS HIS NAME AND HE STATED SPENCER HAYWOOD, A SECOND TIME. I, AFTER HAVING SEVERAL CONFRONTATIONS WITH A MR. HAYWOOD, INFORMED THE SUBJECT THAT I KNEW MR. SPENCER HAYWOOD AND ADVISED HIM TO TELL ME HIS REAL NAME. OFFICER PERRY MOVED TOWARDS THE SUBJECT AND HE RESPONDED WITH CORNELIUS SPENCER. HE RESPONDED AGAIN WITH CORNELIUS HUTTON. WE PLACED THE SUBJECT IN CUSTODY FOR FALSIFYING INFORMATION. THE OTHER SUBJECT THAT WAS SHOUTING HE WAS GOING TO CALL HIS MOM, HE STATED HIS NAME WAS JERMAINE WILLIAMS. OFFICER PERRY MOVED TO SPEAK WITH MR. HUDSON ABOUT THE SMALL POUCH OF DRUGS, THE WILLIAMS SUBJECT MOVED AROUND TO THE BACK OF THE SUBURBAN, GRABBED THE POUCH WITH THE DRUGS AND TOOK OFF RUNNING FROM CROSS STREET TO FLOWERS STREET. OFFICERS PERRY AND BRIAN GOZA TOOK OFF AFTER MR. WILLIAMS IN ATTEMPT TO STOP HIM. I REMAINED WITH MR. HUDSON AND THE OTHER DETAINEE WHO PROVIDED HIS ID FROM HIS RIGHT FRONT POCKET. HIS I.D. REVEALED HIM AS CORNELIUS REDMOND.

I PLACED MR. REDMOND IN MY PATROL CAR AND MR. HUDSON IN OFFICER GOZA'S CAR. THEY WERE TRANSPORTED TO THE PD FOR PROCESSING.

EXHIBIT F