On July 22, 2010, I officer Weeks began my regular night time shift at approximately 9:00 P.M. My shift is from 9:00 P.M. to 5:00 A.M. My night began just like any other night. I made one traffic stop and issued two citations followed by one arrest for trespassing. As the night went by it became very slow and there was not much going on. Around 3:15 to 3:30 A.M dispatch advised that 305 (officer Michael Mengarelli) and 306 ( officer Bryan Goza) needed to go to the 700 block of Cross Street in reference to Loitering and disturbing the peace. Officer Mengarelli and officer Goza both copied and said they were headed that way. Officer Stanley Perry (309) also advised that he would be in route to that location. At this time I was currently patrolling the area of highway 61 and highway 8 next to walgreens. I also headed that way to respond.

Upon my arrival I noticed that I was the fourth officer on scene. I parked my car behind the other marked units in a single file line in the middle of the street. As I exited my vehicle I noticed Officer Perry, officer Goza, and officer Mengarelli standing in the front yard of a residence which contained several black male subjects. There were around six or seven subjects there. I also noticed a Chevy suburban that was parked on the curb right in front of that residence. As I entered the yard I heard Officer Perry telling the subjects that they all needed to go in the house and call it a night before someone ended up going to jail. The male subjects started going in the house one by one when officer Mengarelli said "look there it is" as he pointed to the roof of the suburban. Officer Perry walked over to the vehicle and we noticed something under the luggage rack on top of the vehicle. Officer Perry then pulled out a large bag of what appeared to be crack that was in a plastic bag. Officer Perry then told one of the male subjects that were still outside to tell the owner of the vehicle to come back outside.

At this time the owner of the vehicle and two other male subjects came back out of the house. Officer Perry showed the owner of the vehicle the bag of drugs and asked him to tell him what it was. The subject advised that he did not know. Officer Perry then set the bag of drugs back on top of the rear of the suburban. Officer Perry then pulled out a pair of handcuffs and placed the owner of the vehicle in cuffs. As that took place another male subject approached me and officer Mengarelli and Officer Goza stating that we could not take him to jail like that. I then asked that subject what his name was and he gave me the name of Spencer Haywood. I then said are you sure that is your real name and he said no my name is Cornelius. I then went to check warrants on that subject when he gave me a third name. At that time myself and Officer Perry approached him. I advised him that he was under arrest for giving false information to an officer. Officer Perry then took another pair of his cuffs out and began to cuff him. The subject said mam I am sorry I'm drunk and just mixed up my name. He said please don't take me to jail. I advised that it was too late and that he should have given me the right name the first time. Officer Perry was cuffing him while I was shining my flashlight on the subject's wrists so that Officer Perry could see to double lock the cuffs. During this time a third male subject had walked up and Officer Mengarelli asked him what his name was and the subject advised "Williams". Officer Mengarelli then asked him what his first name was so that he could check warrants on him. At this time I and Officer Perry were still locking the cuffs on the other subject when the "Williams" subject took off running and grabbed the drugs off of the top of the suburban. He then ran out of the yard and began running down Flowers Street. Officer Perry then Officer Goza then myself in that order took off running after him. Officer Perry turned around and yelled to Officer Mengarelli to stay with the other two subjects who

were already in cuffs. As we were chasing Williams my radio fell out of my holster and landed in the middle of Cross Street. I then stopped and ran back to pick it up because there was a car coming and I did not want them to run over it. I fell behind in the chase but could still see Williams who was followed by Officer Perry then Officer Goza. As I ran to catch up I radioed to dispatch and advised "Cleveland we've got one running on us we are currently on Flowers Street. As soon as Flowers Street ended Williams took a left onto another street which I can not remember the name of at this time but it was on the back side of Cross Street. I radioed dispatch again and advised that we had made a left off of Flowers onto that street. We continued to chase Williams down the street when I saw him and Officer Perry and Officer Goza run through a yard headed back towards Cross Street. At this time I lost complete sight of all three of them. As I ran to catch up to them I decided to cut through someone's back yard to try and catch up to them faster however, I ran into a metal fence that was about three and a half feet tall. I quickly debated on whether to try and jump the fence or run back around the yard when I heard a taser being fired. It was at this time I decided to jump the fence. As I got my leg over the fence my pants caught a piece of wire and got stuck. I then basically fell over the other side of the fence and had to get up and regain my balance. As soon as I got to my feet I heard another taser being shot. At this time I ran as fast as I could through the back yard and into the front yard of 720 Cross. When I got to the front yard I saw Williams on the ground on the driveway and Officer Perry had him in a choke hold and Officer Goza was lying on top of him. Williams was continuing to resist and fight with the two officers when Officer Perry shouted "over here, help us". I ran to them to help when Williams had gotten his hands on someone's taser. I then kicked it away so that he could no longer reach it. I then helped Officer Goza who was trying to get Williams hands out from under his chest so that he could be cuffed. Williams was still resisting and I began to pull on his left arm trying to get it out from under his chest. At the same time Officer Goza was pulling on his right arm trying to get it out from under his chest. At this time officer Kelvin Williams showed up and came to help us. He looked at me and said "move over, let me help" at that time I turned loose of Williams left arm and Officer Williams assisted Officer Goza in getting his hands. Once they finally got his hands one of the Officers yelled out quick give me some cuffs. I then took my pair of cuffs and handed them to Officer Goza who was the Officer who placed him in cuffs.

At this time we were all tired from running and wrestling with the subject so we all stepped back and at that time Officer Perry told Williams to get up. Williams did not respond. At this time Officer Goza sat him up and patted him on the lower back trying to get a response out of him but it did nothing. Officer Goza then laid him back down and checked for a pulse. Officer Goza said that he could not feel a pulse and I said let me try. I could not feel a pulse either. One of the Officers then took the cuffs off of him and Officer Goza began chest compressions on Williams. By this time our Srg and Captain had arrived on scene. Our captain notified dispatch that we needed an ambulance. Officer Goza continued chest compressions until the ambulance arrived. Prior to their arrival I pulled the two taser probes out of his chest and Officer Goza pulled the other two out of his back.

Once the ambulance arrived and took him to the hospital, our captain suggested that we needed to back track our steps and look for the drugs that Williams had took and ran with. Only two small crack rocks in a plastic bag were still on him which means that he could have either swallowed the rest to get rid of the evidence or he could have thrown them somewhere while he was running. We did

CONFIDENTIAL

not find anything and then our captain told us to go to the station. Upon our arrival we were all three put in separate rooms and waited until the highway patrol arrived to interview us.

July 26, 2010

Leigh Ann Weeks

*[signature]*