

| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-463064 | Name | Scott Waterbury |
| Model # | X26 | Dept | mhp |
| X26 Software Version | 22 | Rank | MSGT |
| Dataport CD Version | 15.6 | Windows Version | Microsoft® Windows NT(TM) Service Pack 3 |
| Record Date Range | 07/23/2010 - 07/23/2010 | Report Generated | 08/02/10 10:55:57 (local) |
| Computer Time Zone | Central Standard Time | | |
| Using Daylight Savings Time | No | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 07/23/10 08:43:28 | 07/23/10 03:43:28 | 5 | 28 | 77 |
| 0002 | 07/23/10 08:43:34 | 07/23/10 03:43:34 | 5 | 28 | 76 |

End of Report.



Documents Received from MBI Subpoena 000026

about:blank

8/2/2010



## TASER International

| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-463064 | Name | Scott Waterbury |
| Model # | X26 | Dept | mhp |
| X26 Software Version | 22 | Rank | MSGT |
| Dataport CD Version | 15.6 | Windows Version | Microsoft® Windows NT(TM) Service Pack 3 |
| Record Date Range | All Data | | |
| Computer Time Zone | Central Standard Time | Report Generated | 08/02/10 10:59:49 (local) |
| Using Daylight Savings Time | No | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 03/19/09 17:50:14 | 03/19/09 12:50:14 | Old Time | | |
| 0002 | 03/19/09 17:50:13 | 03/19/09 12:50:13 | New Time | | |
| 0003 | 03/19/09 17:51:01 | 03/19/09 12:51:01 | 5 | 25 | 99 |
| 0004 | 03/19/09 17:51:08 | 03/19/09 12:51:08 | 5 | 25 | 99 |
| 0005 | 03/19/09 17:51:13 | 03/19/09 12:51:13 | 5 | 25 | 99 |
| 0006 | 02/25/10 22:02:11 | 02/25/10 16:02:11 | 5 | 23 | 97 |
| 0007 | 02/25/10 22:02:45 | 02/25/10 16:02:45 | 5 | 23 | 96 |
| 0008 | 02/25/10 22:08:40 | 02/25/10 16:08:40 | 3 | 25 | 96 |
| 0009 | 02/25/10 22:09:20 | 02/25/10 16:09:20 | 3 | 26 | 95 |
| 0010 | 02/25/10 22:09:47 | 02/25/10 16:09:47 | 3 | 26 | 95 |
| 0011 | 02/25/10 22:12:51 | 02/25/10 16:12:51 | 2 | 27 | 95 |
| 0012 | 02/25/10 22:13:21 | 02/25/10 16:13:21 | 3 | 28 | 95 |
| 0013 | 02/25/10 22:14:07 | 02/25/10 16:14:07 | 3 | 29 | 94 |
| 0014 | 02/25/10 22:14:17 | 02/25/10 16:14:17 | 5 | 29 | 94 |

Documents Received from MBI Subpoena 000027

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0015 | 02/25/10 22:15:30 | 02/25/10 16:15:30 | 2 | 29 | 94 |
| 0016 | 02/25/10 22:15:40 | 02/25/10 16:15:40 | 3 | 29 | 94 |
| 0017 | 02/25/10 22:15:48 | 02/25/10 16:15:48 | 2 | 29 | 93 |
| 0018 | 02/25/10 22:16:13 | 02/25/10 16:16:13 | 1 | 29 | 93 |
| 0019 | 02/25/10 22:16:26 | 02/25/10 16:16:26 | 2 | 29 | 93 |
| 0020 | 02/25/10 22:16:35 | 02/25/10 16:16:35 | 2 | 30 | 93 |
| 0021 | 02/25/10 22:21:10 | 02/25/10 16:21:10 | 2 | 29 | 93 |
| 0022 | 02/25/10 22:22:32 | 02/25/10 16:22:32 | 1 | 28 | 93 |
| 0023 | 02/25/10 22:25:57 | 02/25/10 16:25:57 | 2 | 29 | 93 |
| 0024 | 02/25/10 22:26:43 | 02/25/10 16:26:43 | 3 | 29 | 92 |
| 0025 | 02/25/10 22:26:57 | 02/25/10 16:26:57 | 2 | 29 | 92 |
| 0026 | 02/25/10 22:27:17 | 02/25/10 16:27:17 | 4 | 29 | 92 |
| 0027 | 02/25/10 22:28:32 | 02/25/10 16:28:32 | 4 | 29 | 92 |
| 0028 | 02/25/10 22:33:40 | 02/25/10 16:33:40 | 3 | 29 | 91 |
| 0029 | 02/25/10 22:33:51 | 02/25/10 16:33:51 | 5 | 29 | 91 |
| 0030 | 02/25/10 22:38:21 | 02/25/10 16:38:21 | 3 | 28 | 91 |
| 0031 | 02/25/10 22:38:38 | 02/25/10 16:38:38 | 5 | 29 | 90 |
| 0032 | 03/06/10 13:49:03 | 03/06/10 07:49:03 | 1 | 24 | 90 |
| 0033 | 03/06/10 13:49:17 | 03/06/10 07:49:17 | 1 | 25 | 90 |
| 0034 | 03/08/10 11:28:54 | 03/08/10 05:28:54 | 1 | 24 | 90 |
| 0035 | 03/11/10 11:13:58 | 03/11/10 05:13:58 | 1 | 23 | 90 |
| 0036 | 03/11/10 16:03:34 | 03/11/10 10:03:34 | 2 | 25 | 90 |
| 0037 | 03/11/10 18:34:19 | 03/11/10 12:34:19 | 1 | 25 | 89 |
| 0038 | 03/12/10 11:15:44 | 03/12/10 05:15:44 | 1 | 25 | 89 |
| 0039 | 03/12/10 14:55:05 | 03/12/10 08:55:05 | 2 | 25 | 89 |
| 0040 | 03/13/10 11:08:48 | 03/13/10 05:08:48 | 2 | 22 | 89 |
| 0041 | 03/14/10 10:35:02 | 03/14/10 05:35:02 | 1 | 22 | 89 |
| 0042 | 03/14/10 17:38:16 | 03/14/10 12:38:16 | 1 | 27 | 89 |
| 0043 | 03/14/10 17:39:17 | 03/14/10 12:39:17 | 5 | 28 | 88 |

Documents Received from MBI Subpoena 000028

|  | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0044 | 03/16/10 17:18:39 | 03/16/10 12:18:39 | 1 | 20 | 88 |
| 0045 | 03/17/10 10:13:24 | 03/17/10 05:13:24 | 1 | 22 | 88 |
| 0046 | 03/18/10 10:10:55 | 03/18/10 05:10:55 | 1 | 22 | 87 |
| 0047 | 03/23/10 17:42:04 | 03/23/10 12:42:04 | 1 | 28 | 87 |
| 0048 | 03/24/10 10:13:52 | 03/24/10 05:13:52 | 1 | 20 | 87 |
| 0049 | 03/26/10 17:43:34 | 03/26/10 12:43:34 | 1 | 21 | 87 |
| 0050 | 03/30/10 17:24:18 | 03/30/10 12:24:18 | 1 | 21 | 87 |
| 0051 | 04/06/10 18:02:11 | 04/06/10 13:02:11 | 1 | 23 | 87 |
| 0052 | 04/08/10 17:40:55 | 04/08/10 12:40:55 | 1 | 22 | 87 |
| 0053 | 04/13/10 17:59:48 | 04/13/10 12:59:48 | 1 | 22 | 86 |
| 0054 | 04/23/10 17:50:31 | 04/23/10 12:50:31 | 1 | 21 | 86 |
| 0055 | 04/28/10 17:23:38 | 04/28/10 12:23:38 | 1 | 21 | 86 |
| 0056 | 05/01/10 17:40:16 | 05/01/10 12:40:16 | 1 | 21 | 86 |
| 0057 | 05/01/10 17:40:24 | 05/01/10 12:40:24 | 1 | 21 | 86 |
| 0058 | 05/03/10 00:14:11 | 05/02/10 19:14:11 | 2 | 27 | 86 |
| 0059 | 05/03/10 00:14:14 | 05/02/10 19:14:14 | 1 | 27 | 86 |
| 0060 | 05/03/10 00:35:36 | 05/02/10 19:35:36 | 5 | 29 | 85 |
| 0061 | 05/13/10 17:53:15 | 05/13/10 12:53:15 | 1 | 20 | 85 |
| 0062 | 05/18/10 17:39:29 | 05/18/10 12:39:29 | 1 | 21 | 85 |
| 0063 | 05/23/10 10:19:57 | 05/23/10 05:19:57 | 1 | 22 | 85 |
| 0064 | 05/24/10 17:54:49 | 05/24/10 12:54:49 | 1 | 30 | 84 |
| 0065 | 05/25/10 10:27:26 | 05/25/10 05:27:26 | 1 | 22 | 84 |
| 0066 | 05/27/10 17:56:39 | 05/27/10 12:56:39 | 1 | 21 | 84 |
| 0067 | 06/01/10 17:46:50 | 06/01/10 12:46:50 | 1 | 31 | 84 |
| 0068 | 06/03/10 10:02:59 | 06/03/10 05:02:59 | 1 | 22 | 84 |
| 0069 | 06/04/10 10:01:32 | 06/04/10 05:01:32 | 1 | 24 | 83 |
| 0070 | 06/04/10 16:35:34 | 06/04/10 11:35:34 | 2 | 27 | 83 |
| 0071 | 06/05/10 14:19:13 | 06/05/10 09:19:13 | 1 | 29 | 83 |
| 0072 | 06/05/10 17:43:54 | 06/05/10 12:43:54 | 2 | 28 | 83 |

Documents Received from MBI Subpoena 000029

| | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0073 | 06/05/10 18:06:02 | 06/05/10 13:06:02 | 1 | 28 | 82 |
| 0074 | 06/07/10 17:46:01 | 06/07/10 12:46:01 | 2 | 22 | 82 |
| 0075 | 06/10/10 13:59:51 | 06/10/10 08:59:51 | 2 | 27 | 82 |
| 0076 | 06/11/10 16:56:05 | 06/11/10 11:56:05 | 5 | 29 | 82 |
| 0077 | 06/11/10 16:56:26 | 06/11/10 11:56:26 | 1 | 29 | 81 |
| 0078 | 06/11/10 18:48:54 | 06/11/10 13:48:54 | 2 | 29 | 81 |
| 0079 | 06/12/10 01:35:08 | 06/11/10 20:35:08 | 2 | 30 | 81 |
| 0080 | 06/14/10 00:09:00 | 06/13/10 19:09:00 | 2 | 29 | 81 |
| 0081 | 06/18/10 10:12:29 | 06/18/10 05:12:29 | 1 | 23 | 80 |
| 0082 | 06/18/10 10:12:37 | 06/18/10 05:12:37 | 2 | 23 | 80 |
| 0083 | 06/19/10 01:58:46 | 06/18/10 20:58:46 | 1 | 30 | 80 |
| 0084 | 07/16/10 18:01:21 | 07/16/10 13:01:21 | 1 | 28 | 79 |
| 0085 | 07/19/10 01:16:18 | 07/18/10 20:16:18 | 1 | 25 | 79 |
| 0086 | 07/19/10 18:52:53 | 07/19/10 13:52:53 | 5 | 30 | 78 |
| 0087 | 07/22/10 02:09:07 | 07/21/10 21:09:07 | 1 | 27 | 77 |
| 0088 | 07/23/10 08:43:28 | 07/23/10 03:43:28 | 5 | 28 | 77 |
| 0089 | 07/23/10 08:43:34 | 07/23/10 03:43:34 | 5 | 28 | 76 |
| 0090 | 08/02/10 16:07:52 | 08/02/10 11:07:52 | Old Time | | |
| 0091 | 08/02/10 15:54:47 | 08/02/10 10:54:47 | New Time | | |

End of Report.

Documents Received from MBI Subpoena 000030



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-464501 | Name | Scott Waterbury |
| Model # | X26 | Dept | mhp |
| X26 Software Version | 22 | Rank | MSGT |
| Dataport CD Version | 15.6 | Windows Version | Microsoft® Windows NT(TM) Service Pack 3 |
| Record Date Range | 07/23/2010 - 07/23/2010 | Report Generated | 08/02/10 10:49:37 (local) |
| Computer Time Zone | Central Standard Time | | |
| Using Daylight Savings Time | No | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 07/23/10 08:52:31 | 07/23/10 03:52:31 | 5 | 27 | 78 |
| 0002 | 07/23/10 08:52:38 | 07/23/10 03:52:38 | 5 | 28 | 78 |

End of Report.

Documents Received from MBI Subpoena 000031

about:blank



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | *X00-464501* | Name | *Scott Waterbury* |
| Model # | *X26* | Dept | *mhp* |
| X26 Software Version | *22* | Rank | *MSGT* |
| Dataport CD Version | *15.6* | Windows Version | *Microsoft® Windows NT(TM) Service Pack 3* |
| Record Date Range | *All Data* | Report Generated | *08/02/10 11:02:46 (local)* |
| Computer Time Zone | *Central Standard Time* | | |
| Using Daylight Savings Time | *No* | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 04/02/09 14:58:26 | 04/02/09 09:58:26 | Old Time | | |
| 0002 | 04/02/09 14:58:25 | 04/02/09 09:58:25 | New Time | | |
| 0003 | 04/02/09 15:00:42 | 04/02/09 10:00:42 | 5 | 22 | 99 |
| 0004 | 04/02/09 15:00:49 | 04/02/09 10:00:49 | 5 | 23 | 99 |
| 0005 | 04/02/09 15:00:54 | 04/02/09 10:00:54 | 5 | 23 | 99 |
| 0006 | 02/25/10 22:08:34 | 02/25/10 16:08:34 | 5 | 22 | 96 |
| 0007 | 02/25/10 22:09:06 | 02/25/10 16:09:06 | 5 | 22 | 96 |
| 0008 | 02/25/10 22:15:01 | 02/25/10 16:15:01 | 3 | 26 | 96 |
| 0009 | 02/25/10 22:15:40 | 02/25/10 16:15:40 | 3 | 27 | 95 |
| 0010 | 02/25/10 22:16:08 | 02/25/10 16:16:08 | 3 | 27 | 95 |
| 0011 | 02/25/10 22:19:43 | 02/25/10 16:19:43 | 3 | 25 | 95 |
| 0012 | 02/25/10 22:20:27 | 02/25/10 16:20:27 | 2 | 25 | 94 |
| 0013 | 02/25/10 22:20:38 | 02/25/10 16:20:38 | 3 | 26 | 94 |
| 0014 | 02/25/10 22:21:51 | 02/25/10 16:21:51 | 2 | 26 | 94 |

Documents Received from MBI Subpoena 000032

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0015 | 02/25/10 22:22:00 | 02/25/10 16:22:00 | 2 | 26 | 94 |
| 0016 | 02/25/10 22:22:08 | 02/25/10 16:22:08 | 2 | 26 | 94 |
| 0017 | 02/25/10 22:22:35 | 02/25/10 16:22:35 | 3 | 26 | 94 |
| 0018 | 02/25/10 22:22:47 | 02/25/10 16:22:47 | 2 | 27 | 93 |
| 0019 | 02/25/10 22:22:55 | 02/25/10 16:22:55 | 2 | 27 | 93 |
| 0020 | 02/25/10 22:27:32 | 02/25/10 16:27:32 | 2 | 27 | 93 |
| 0021 | 02/25/10 22:27:46 | 02/25/10 16:27:46 | 3 | 27 | 93 |
| 0022 | 02/25/10 22:28:53 | 02/25/10 16:28:53 | 3 | 27 | 93 |
| 0023 | 02/25/10 22:32:18 | 02/25/10 16:32:18 | 2 | 27 | 92 |
| 0024 | 02/25/10 22:33:03 | 02/25/10 16:33:03 | 3 | 27 | 92 |
| 0025 | 02/25/10 22:33:18 | 02/25/10 16:33:18 | 3 | 26 | 92 |
| 0026 | 02/25/10 22:33:37 | 02/25/10 16:33:37 | 4 | 27 | 92 |
| 0027 | 02/25/10 22:34:52 | 02/25/10 16:34:52 | 3 | 27 | 91 |
| 0028 | 02/25/10 22:40:40 | 02/25/10 16:40:40 | 3 | 25 | 91 |
| 0029 | 02/25/10 22:40:52 | 02/25/10 16:40:52 | 5 | 26 | 91 |
| 0030 | 02/25/10 22:47:03 | 02/25/10 16:47:03 | 3 | 25 | 91 |
| 0031 | 02/25/10 22:47:15 | 02/25/10 16:47:15 | 5 | 26 | 90 |
| 0032 | 02/25/10 22:53:46 | 02/25/10 16:53:46 | 3 | 25 | 90 |
| 0033 | 02/25/10 22:54:34 | 02/25/10 16:54:34 | 3 | 25 | 90 |
| 0034 | 02/25/10 22:54:55 | 02/25/10 16:54:55 | 3 | 26 | 89 |
| 0035 | 02/25/10 22:55:15 | 02/25/10 16:55:15 | 3 | 26 | 89 |
| 0036 | 03/10/10 11:19:15 | 03/10/10 05:19:15 | 1 | 23 | 89 |
| 0037 | 03/11/10 11:09:23 | 03/11/10 05:09:23 | 1 | 22 | 89 |
| 0038 | 03/12/10 11:23:26 | 03/12/10 05:23:26 | 1 | 20 | 89 |
| 0039 | 03/13/10 11:16:49 | 03/13/10 05:16:49 | 1 | 22 | 89 |
| 0040 | 03/14/10 10:15:31 | 03/14/10 05:15:31 | 1 | 20 | 88 |
| 0041 | 03/14/10 17:47:06 | 03/14/10 12:47:06 | 1 | 24 | 88 |
| 0042 | 03/16/10 10:27:57 | 03/16/10 05:27:57 | 1 | 19 | 88 |
| 0043 | 03/17/10 10:20:33 | 03/17/10 05:20:33 | 1 | 19 | 88 |

Documents Received from MBI Subpoena 000033

|      | GMT Time           | Local Time         | Duration | Temp | Battery |
|------|--------------------|--------------------|----------|------|---------|
| 0044 | 03/18/10 10:17:45  | 03/18/10 05:17:45  | 1        | 18   | 88      |
| 0045 | 03/23/10 17:48:01  | 03/23/10 12:48:01  | 1        | 17   | 88      |
| 0046 | 03/24/10 17:32:28  | 03/24/10 12:32:28  | 1        | 17   | 88      |
| 0047 | 03/26/10 17:50:25  | 03/26/10 12:50:25  | 1        | 23   | 87      |
| 0048 | 03/27/10 20:56:43  | 03/27/10 15:56:43  | 2        | 25   | 87      |
| 0049 | 03/29/10 11:18:05  | 03/29/10 06:18:05  | 1        | 20   | 87      |
| 0050 | 03/29/10 14:28:53  | 03/29/10 09:28:53  | 2        | 22   | 87      |
| 0051 | 03/29/10 17:38:56  | 03/29/10 12:38:56  | 1        | 22   | 87      |
| 0052 | 03/30/10 17:31:19  | 03/30/10 12:31:19  | 1        | 18   | 87      |
| 0053 | 04/02/10 17:45:11  | 04/02/10 12:45:11  | 3        | 25   | 86      |
| 0054 | 04/06/10 18:09:06  | 04/06/10 13:09:06  | 1        | 21   | 86      |
| 0055 | 04/08/10 17:48:07  | 04/08/10 12:48:07  | 1        | 18   | 86      |
| 0056 | 04/11/10 20:18:27  | 04/11/10 15:18:27  | 3        | 26   | 86      |
| 0057 | 04/13/10 13:35:27  | 04/13/10 08:35:27  | 1        | 24   | 85      |
| 0058 | 04/13/10 13:35:41  | 04/13/10 08:35:41  | 1        | 24   | 85      |
| 0059 | 04/13/10 13:35:46  | 04/13/10 08:35:46  | 1        | 24   | 85      |
| 0060 | 04/15/10 15:04:04  | 04/15/10 10:04:04  | 2        | 29   | 85      |
| 0061 | 04/15/10 16:32:08  | 04/15/10 11:32:08  | 1        | 28   | 85      |
| 0062 | 04/23/10 17:57:24  | 04/23/10 12:57:24  | 1        | 22   | 85      |
| 0063 | 04/24/10 23:23:40  | 04/24/10 18:23:40  | 2        | 27   | 85      |
| 0064 | 04/25/10 18:10:51  | 04/25/10 13:10:51  | 5        | 25   | 84      |
| 0065 | 04/28/10 17:30:52  | 04/28/10 12:30:52  | 1        | 19   | 83      |
| 0066 | 05/01/10 17:47:34  | 05/01/10 12:47:34  | 1        | 18   | 83      |
| 0067 | 05/13/10 17:59:59  | 05/13/10 12:59:59  | 1        | 27   | 83      |
| 0068 | 05/14/10 11:33:47  | 05/14/10 06:33:47  | 2        | 23   | 83      |
| 0069 | 05/14/10 11:33:53  | 05/14/10 06:33:53  | 2        | 24   | 83      |
| 0070 | 05/14/10 17:29:44  | 05/14/10 12:29:44  | 1        | 20   | 83      |
| 0071 | 05/17/10 10:24:21  | 05/17/10 05:24:21  | 1        | 20   | 82      |
| 0072 | 05/18/10 17:47:28  | 05/18/10 12:47:28  | 1        | 25   | 82      |

Documents Received from MBI Subpoena 000034

|  | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0073 | 05/21/10 14:11:56 | 05/21/10 09:11:56 | 2 | 23 | 82 |
| 0074 | 05/21/10 14:58:02 | 05/21/10 09:58:02 | 1 | 27 | 82 |
| 0075 | 05/21/10 15:10:40 | 05/21/10 10:10:40 | 2 | 25 | 82 |
| 0076 | 05/24/10 14:00:39 | 05/24/10 09:00:39 | 1 | 27 | 81 |
| 0077 | 05/27/10 18:04:53 | 05/27/10 13:04:53 | 1 | 18 | 81 |
| 0078 | 06/01/10 17:55:15 | 06/01/10 12:55:15 | 1 | 19 | 81 |
| 0079 | 06/26/10 16:20:12 | 06/26/10 11:20:12 | 2 | 32 | 81 |
| 0080 | 06/26/10 17:55:58 | 06/26/10 12:55:58 | 1 | 23 | 80 |
| 0081 | 07/02/10 03:05:51 | 07/01/10 22:05:51 | 1 | 22 | 80 |
| 0082 | 07/02/10 12:07:00 | 07/02/10 07:07:00 | 1 | 21 | 80 |
| 0083 | 07/04/10 06:40:06 | 07/04/10 01:40:06 | 5 | 24 | 80 |
| 0084 | 07/09/10 22:28:11 | 07/09/10 17:28:11 | 1 | 25 | 79 |
| 0085 | 07/09/10 22:28:24 | 07/09/10 17:28:24 | 2 | 25 | 79 |
| 0086 | 07/23/10 08:52:31 | 07/23/10 03:52:31 | 5 | 27 | 78 |
| 0087 | 07/23/10 08:52:38 | 07/23/10 03:52:38 | 5 | 28 | 78 |
| 0088 | 08/02/10 16:10:23 | 08/02/10 11:10:23 | Old Time |  |  |
| 0089 | 08/02/10 15:48:08 | 08/02/10 10:48:08 | New Time |  |  |

End of Report.

Documents Received from MBI Subpoena 000035